UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No: 7:22-cv-00147-M-RN

INTERNATIONAL PAPER COMPANY

    Plaintiff,

v.

FORESTREE INC. and ATLANTIC CASUALTY INSURANCE COMPANY

    Defendant.

**DEFENDANT ATLANTIC CASUALTY INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO MODIFY RULE 26(f) SCHEDULING ORDER**

Defendant ACIC relies upon the following in support of the Motion to Modify Rule 26(f) Scheduling Order:

1. Fed. R. Civ. P. 6(b)(1)(A) and 7(b), and the existence of good cause, as summarized in ACIC's Motion;

2. LCvR 6.1(a) and 7.1(c); and

3. The inherent equitable powers of the Court.

Respectfully submitted this the 27th day of April, 2023.

TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.

BY: /s/ *Rebecca R. Thornton*
    Rebecca R. Thornton
    NC State Bar No.: 40008
    Post Office Box 19207
    Raleigh, North Carolina 27619-9207
    (919) 873-7166 telephone
    (919) 873-1814 facsimile
    rthornton@teaguecampbell.com
    ***Attorneys for Defendant Atlantic Casualty***
      ***Insurance Company***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case who have registered with that system.

This the 27th day of April, 2023.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY: /s/ *Rebecca R. Thornton*
Rebecca R. Thornton
NC State Bar No.: 40008
Post Office Box 19207
Raleigh, North Carolina 27619-9207
(919) 873-7166 telephone
(919) 873-1814 facsimile
rthornton@teaguecampbell.com
***Attorneys for Defendant Atlantic Casualty Insurance Company***